| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW<br>ONE MARITIME PLAZA, SIXTH FLOOR |
| 2 | SAN FRANCISCO, CA 94111-3409<br>TELEPHONE: 415.434.4484 |
| 3 | FACSIMILE: 415.434.4507 |
| 4 | THOMAS F. CARLUCCI, CA BAR NO. 135767<br>ANDREA J. GORANSON, CA BAR NO. 215665 |
| 5 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW |
| 6 | 777 EAST WISCONSIN AVENUE<br>MILWAUKEE, WI 53202-5306 |
| 7 | TELEPHONE: 414.207.5537<br>FACSIMILE: 414.297.4900 |
| 8 | PAUL BARGREN, WI BAR NO. 1023008, APPEARING PRO HAC VICE |
| 9 | ATTORNEYS FOR PLAINTIFF,<br>SAN FRANCISCO BASEBALL ASSOCIATES, L.P.<br>(A/K/A THE SAN FRANCISCO GIANTS), A CALIFORNIA<br>LIMITED PARTNERSHIP |
| 10 | **KEVIN V. RYAN, CA BAR NO. 118321**<br>UNITED STATES ATTORNEY |
| 11 | JAY R. WEILL, CA BAR NO. 75434<br>ASSISTANT UNITED STATES ATTORNEY |
| 12 | CHIEF, TAX DIVISION<br>10TH FLOOR FEDERAL BUILDING |
| 13 | 450 GOLDEN GATE AVENUE, BOX 36055<br>SAN FRANCISCO, CALIFORNIA 94102<br>TELEPHONE: 415.436.7017 |
| 14 | ATTORNEY FOR DEFENDANT, UNITED STATES OF AMERICA |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAN FRANCISCO BASEBALL ASSOCIATES L.P. (A/K/A THE SAN FRANCISCO GIANTS), A CALIFORNIA LIMITED PARTNERSHIP | ) ) ) ) ) | CASE NO. C 02-3958 JSW |
| PLAINTIFFS, | ) ) | **STIPULATION FOR DISMISSAL OF ACTION** |
| V. | ) ) | AND ORDER THEREON |
| UNITED STATES OF AMERICA, | ) ) | |
| DEFENDANT. | ) ) ) ) ) | |

///

STIPULATION FOR DISMISSAL OF ACTION
CASE NO. C 02-3958 JSW

SFCA_376569.1

1    IT IS HEREBY STIPULATED and agreed that the complaint in the above-
2    entitled case be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule
3    41(a)(1), the parties to bear their respective costs, including any possible expenses of litigation.

DATE: DECEMBER 27, 2005             FOLEY & LARDNER LLP
                                    THOMAS F. CARLUCCI
                                    PAUL BARGREN
                                    ANDREA J. GORANSON


                                    BY:    /S/ ANDREA GORANSON
                                        ANDREA GORANSON
                                        ATTORNEYS FOR PLAINTIFF SAN FRANCISCO
                                        BASEBALL ASSOCIATES L.P. (A/K/A THE SAN
                                        FRANCISCO GIANTS), A CALIFORNIA
                                        LIMITED PARTNERSHIP

DATE: DECEMBER 27, 2005             KEVIN V. RYAN
                                    OFFICE OF THE U.S. ATTORNEY



                                    BY:    /S/ JAY WEILL
                                        JAY WEILL
                                        ATTORNEY FOR DEFENDANT, UNITED
                                        STATES OF AMERICA


PURSUANT TO STIPULATION BETWEEN THE PARTIES, IT IS SO ORDERED.


 January 3, 2006                    /s/ Jeffrey S. White
Date                                The Honorable Jeffrey S. White
                                    United States District Judge

2
STIPULATION FOR DISMISSAL OF ACTION
CASE NO. C 02-3958 JSW

SFCA_376569.1